# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

    KEVIN   P. GRIFFEY  Bankruptcy No. 20-14740-MDC

    1474 CHERRY LANE

    POTTSTOWN, PA 19464

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
KEVIN   P. GRIFFEY

1474 CHERRY LANE

POTTSTOWN, PA 19464

**Counsel for debtor(s), by electronic notice only.**
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 2/11/2021  /s/ William C. Miller

                                                _____
                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee