# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEVIN P. GRIFFEY | : | |
| | : | |
| DEBTOR | : | NO. 21-14740 (MDC) |

## CERTIFICATE OF SERVICE

    I, David B. Spitofsky, Esquire, hereby certify that on March 2, 2021 I caused true and correct copies of the attached First Amended Schedules I and J to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

    Frederic J. Baker, Esquire
    200 Chestnut Street, Suite 502
    Philadelphia, PA 19106

    William C. Miller, Esquire
    P.O. Box 1229
    Philadelphia, PA 19105

    /s/ David B. Spitofsky
    David B. Spitofsky, Esquire
    516 Swede Street
    Norristown, PA 19401
    Phone No. (610) 272-4555
    Fax No. (610) 272-2961
    Email: spitofskylaw@verizon.net