United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-14740-mdc |
|---|---|
| Kevin P. Griffey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2021 | Form ID: 155 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin P. Griffey, 1474 Cherry Lane, Pottstown, PA 19464-5031 |
| 14568933 | + | Amanda Alexander, 1474 Cherry Lane, Pottstown, PA 19464-5031 |
| 14568934 | + | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 14575310 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 14568938 | | Credit First Natl. Assn., P.O. Box 81315, Cleveland, OH 44181-0315 |
| 14568930 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14568941 | | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14577162 | + | Franklin Mint Federal Credit Union, c/o Robert J. Crawley, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14577164 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14573253 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14570942 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14568947 | + | PennyMac Loan Services, Inc., P.O. Box 660929, Dallas, TX 75266-0929 |
| 14584397 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark CA 93020-2410 |
| 14568951 | + | TD Bank USA/Target, P.O. Box 1470, Minneapolis, MN 55440-1470 |
| 14568952 | + | Wawa/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14568953 | + | Weltman, Weinberg & Reis Co., 170 S. Independence Mall West, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14568935 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 16 2021 03:37:35 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14571005 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 16 2021 03:21:44 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14568936 | + | Email/Text: bankruptcy@cavps.com | Apr 16 2021 03:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14568937 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 16 2021 03:52:00 | Citadel Federal Credit Union, 520 Eagle View Boulevard, Exton, PA 19341-1119 |
| 14584063 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2021 03:38:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14568939 | | Email/Text: mrdiscen@discover.com | Apr 16 2021 03:51:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 14574202 | | Email/Text: mrdiscen@discover.com | Apr 16 2021 03:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14568940 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2021 03:38:02 | ExxonMobil/Citibank CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14568942 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Apr 16 2021 03:51:00 | Franklin Mint FCU, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 14583341 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2021 | Form ID: 155 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 16 2021 03:51:00 | Franklin Mint Federal Credit Union, 5 Hillman Drive Ste. 100, Chadds Ford, PA 19317 |
| 14568932 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 16 2021 03:51:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2905 |
| 14574969 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 16 2021 03:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14568943 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 16 2021 03:51:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14568944 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2021 03:21:22 | LVNV Funding LLC, c/o Resurgent Capital Services, LP, P.O. Box 1269, Greenville, SC 29602-1269 |
| 14571494 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2021 03:21:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14568945 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2021 03:37:44 | Merrick Bank, P.O. Box 1500, Draper, UT 84020-1127 |
| 14570814 | | Email/PDF: cbp@onemainfinancial.com | Apr 16 2021 03:21:08 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14568946 | + | Email/PDF: cbp@onemainfinancial.com | Apr 16 2021 03:21:54 | OneMain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14568948 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2021 03:21:16 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14582635 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2021 03:29:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14568949 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2021 03:30:13 | Sunoco Citibank CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14582265 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:29:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14568950 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:29:36 | Synchrony Bank/BP, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14577266 | + | Email/Text: bncmail@w-legal.com | Apr 16 2021 03:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14568931 | *+ | Kevin P. Griffey, 1474 Cherry Lane, Pottstown, PA 19464-5031 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 15, 2021 | Form ID: 155 | Total Noticed: 40

Date: Apr 17, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Kevin P. Griffey spitofskybk@verizon.net  spitofskylaw@verizon.net |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| ROBERT J. CRAWLEY | on behalf of Creditor Franklin Mint Federal Credit Union rcrawley@klehr.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kevin P. Griffey
    Debtor(s)                                               Chapter: 13

                                                                   Bankruptcy No: 20−14740−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 15, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                      Magdeline D. Coleman
                                                                      Chief Judge ,
                                                                      United States Bankruptcy Court