# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KEVIN P. GRIFFEY<br><br>Debtor | Chapter 13<br><br>Case No. 20-14740 (MDC) |

### PRAECIPE TO WITHDRAW APPEARANCE OF ROBERT J. CRAWLEY

TO THE CLERK:

Please withdraw the appearance of Robert J. Crawley, Esquire on behalf of Franklin Mint Federal Credit Union ("FMFCU") in the above-captioned case. Corinne Samler Brennan, Esquire will remain counsel of record for FMFCU.

By:   /s/Robert J. Crawley
      Robert J. Crawley, Esquire

Dated:  October 21, 2021

PHIL1\9731804.v1