# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEVIN P. GRIFFEY | : | |
| | : | |
| DEBTOR | : | NO. 20-14740 (MDC) |

## CERTIFICATE OF SERVICE

    I, David B. Spitofsky, Esquire, hereby certify that on December 8, 2023 I caused true and correct copies of the attached Second Amended Schedules I and J to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

Frederic J. Baker, Esquire
Assistant United States Trustee
Office of the United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

Mark A. Cronin, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Brian Craig Nicholas, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Michael Patrick Farrington, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Corinne Samler Brennan, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103

Pennymac Loan Services, LLC
P.O. Box 2410
Moorpark, CA 93020

Franklin Mint Federal Credit Union
5 Hillman Drive
Suite 100
Chadds Ford, PA 19317

LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

<u>/s/ David B. Spitofsky</u>
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No. (610) 272-4555
Fax No. (610) 272-2961
Email: spitofskylaw@verizon.net