# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 01/04/24 |
| | : | | Time: 11:00 a.m. |
| KEVIN P. GRIFFEY | : | | Place: Courtroom #2 |
| | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 20-14740 (MDC) | Phila., PA 19107 |

## ORDER APPROVING MOTION TO MODIFY PLAN AFTER CONFIRMATION

**AND NOW**, this 4th day of January, 2024, upon consideration of Debtor's Motion to Modify Plan After Confirmation, it is hereby

**ORDERED** that the Motion is **GRANTED,** and that Debtor's Second Amended Chapter 13 Plan is hereby confirmed.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE