**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kevin P. Griffey<br>　　　　Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>　　　　Movant<br>vs. | |
| Kevin P. Griffey<br>　　　　Debtor(s) | NO. 20-14740 MDC |
| Kenneth E. West Esq.<br>　　　　Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 8th day of April, 2024 it is hereby **ORDERED** that if the Debtor and "Mortgagee" elect to enter into the proposed Partial Claim under the terms proposed by the Mortgagee, the Debtor(s) and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of USC § 362.

*[signature]*
_____
Magdeline D. Coleman,
United States Bankruptcy Judge

Kevin P. Griffey
1474 Cherry Lane
Pottstown, PA 19464

David B. Spitofsky Esq.
516 Swede Street (VIA ECF)
Norristown, PA 19401

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107