United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 20-14740-mdc
Kevin P. Griffey | Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Apr 09, 2024 | Form ID: pdf900 | Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Kevin P. Griffey, 1474 Cherry Lane, Pottstown, PA 19464-5031 |
| cr | + | Franklin Mint Federal Credit Union, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: megan.harper@phila.gov | Apr 10 2024 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2024 00:35:38 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2024 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |

District/off: 0313-2                     User: admin                                      Page 2 of 2
Date Rcvd: Apr 09, 2024                  Form ID: pdf900                         Total Noticed: 5

CORINNE SAMLER BRENNAN
on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com

DAVID B. SPITOFSKY
on behalf of Debtor Kevin P. Griffey spitofskybk@verizon.net
spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kevin P. Griffey | CHAPTER 13 |
| Debtor(s) | |
| PENNYMAC LOAN SERVICES, LLC | |
| Movant | |
| vs. | |
| | NO. 20-14740 MDC |
| Kevin P. Griffey | |
| Debtor(s) | |
| Kenneth E. West Esq. | |
| Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this   8th   day of   April   , 2024 it is hereby **ORDERED** that if the Debtor and  "Mortgagee" elect to enter into the proposed Partial Claim under the terms proposed by the Mortgagee, the Debtor(s) and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of USC § 362.

_Magdeline D. Coleman_
_____
Magdeline D. Coleman,
United States Bankruptcy Judge

Kevin P. Griffey
1474 Cherry Lane
Pottstown, PA 19464

David B. Spitofsky Esq.
516 Swede Street (VIA ECF)
Norristown, PA 19401

Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107