**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **KEVIN   P. GRIFFEY** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** (State) |
| Case Number | **20-14740-DJB** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                              12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

Name of claim holder: **PENNYMAC LOAN SERVICES LLC**

Court claim no. (if known): **21**

Last 4 digits of any number you use to identify the debtor's account: **8 0 7 2**

Property Address:
**1474 CHERRY LANE**
Number      Street

**POTTSTOWN**                     **PA**      **19464**
City                                              State    ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 1,092.42 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,092.42 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 1,092.42 |

### Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

### Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ -0-

### Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

☒ /s/ Kenneth E. West
Signature

Date: 12/17/2025

Trustee: Kenneth E. West
First Name    Middle Name    Last Name

Address: 190 N. Independence Mall West, Suite 701
Number    Street

Philadelphia    PA    19106
City    State    ZIP Code

Contact phone: (215) 627-1377    Email: info@ph13trustee.com

| Debtor 1 | KEVIN P. GRIFFEY | | Case Number 20-14740-DJB | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 21 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 12/09/2021 | 3003407 | Disbursement To Creditor/Principal | 167.04 |
| 21 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 01/10/2022 | 3004678 | Disbursement To Creditor/Principal | 366.16 |
| 21 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 02/07/2022 | 3006006 | Disbursement To Creditor/Principal | 366.16 |
| 21 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 03/07/2022 | 3007244 | Disbursement To Creditor/Principal | 193.06 |
| | | | | | Total for Claim Number 21: | 1,092.42 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **1,092.42** |