United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kevin P. Griffey  
    Debtor

Case No. 20-14740-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 18, 2025      Form ID: 138OBJ      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin P. Griffey, 1474 Cherry Lane, Pottstown, PA 19464-5031 |
| 14568933 | + | Amanda Alexander, 1474 Cherry Lane, Pottstown, PA 19464-5031 |
| 14577162 | + | Franklin Mint Federal Credit Union, c/o Robert J. Crawley, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14577164 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14570942 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 19 2025 00:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2025 00:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14568934 | ^ | MEBN | Dec 19 2025 00:48:04 | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 14575310 | | Email/Text: BKPT@cfna.com | Dec 19 2025 00:51:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 14568935 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 00:55:15 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14571005 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 19 2025 00:55:27 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14568936 | + | Email/Text: bankruptcy@cavps.com | Dec 19 2025 00:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14568937 | + | Email/Text: bankruptcycollections@citadelbanking.com | Dec 19 2025 00:52:00 | Citadel Federal Credit Union, 520 Eagle View Boulevard, Exton, PA 19341-1119 |
| 14584063 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:28 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14568938 | | Email/Text: BKPT@cfna.com | Dec 19 2025 00:51:00 | Credit First Natl. Assn., P.O. Box 81315, Cleveland, OH 44181-0315 |
| 14568939 | | Email/Text: mrdiscen@discover.com | Dec 19 2025 00:51:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 14568930 | ^ | MEBN | Dec 19 2025 00:48:09 | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |

Case 20-14740-djb    Doc 74    Filed 12/20/25    Entered 12/21/25 00:38:09    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: 138OBJ | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 14574202 | | Email/Text: mrdiscen@discover.com | Dec 19 2025 00:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14568940 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:18 | ExxonMobil/Citibank CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14568942 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Dec 19 2025 00:51:00 | Franklin Mint FCU, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 14583341 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Dec 19 2025 00:51:00 | Franklin Mint Federal Credit Union, 5 Hillman Drive Ste. 100, Chadds Ford, PA 19317 |
| 14568941 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 19 2025 00:55:09 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14568932 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 19 2025 00:52:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2912 |
| 14574969 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 19 2025 00:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14568943 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 00:55:08 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14568944 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2025 00:55:10 | LVNV Funding LLC, c/o Resurgent Capital Services, LP, P.O. Box 1269, Greenville, SC 29602-1269 |
| 14571494 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2025 00:55:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14568945 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 19 2025 00:55:16 | Merrick Bank, P.O. Box 1500, Draper, UT 84020-1127 |
| 14573253 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2025 00:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14570814 | | Email/PDF: cbp@omf.com | Dec 19 2025 00:55:22 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14568946 | + | Email/PDF: cbp@omf.com | Dec 19 2025 00:55:22 | OneMain Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14568948 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2025 00:55:10 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14582635 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2025 00:55:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14568947 | + | Email/PDF: ebnotices@pnmac.com | Dec 19 2025 00:55:10 | PennyMac Loan Services, Inc., P.O. Box 660929, Dallas, TX 75266-0929 |
| 14584397 | + | Email/PDF: ebnotices@pnmac.com | Dec 19 2025 00:55:18 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark CA 93020-2410 |
| 14568949 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:11 | Sunoco Citibank CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14582265 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2025 00:55:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14568950 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2025 00:55:07 | Synchrony Bank/BP, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14577266 | | Email/Text: bncmail@w-legal.com | Dec 19 2025 00:52:00 | TD Bank USA, N.A., C/O WEINSTEIN & RILEY, PS, 749 Gateway Suite G-601, Abilene, TX 79602 |
| 15072315 | | Email/Text: bncmail@w-legal.com | Dec 19 2025 00:52:00 | TD Bank USA, N.A., C/O WEINSTEIN & RILEY, PS, P.O. Box 93024, Las Vegas, NV 89193-3024 |
| 14568951 | + | Email/Text: bncmail@w-legal.com | Dec 19 2025 00:52:00 | TD Bank USA/Target, P.O. Box 1470, |

Case 20-14740-djb   Doc 74   Filed 12/20/25   Entered 12/21/25 00:38:09   Desc Imaged
                    Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: 138OBJ | Total Noticed: 43 |

| Recip ID | | Notice Type | Date | Address |
|---|---|---|---|---|
| 14568952 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:18 | Minneapolis, MN 55440-1470 Wawa/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14568953 | + | Email/Text: PHILAW@weltman.com | Dec 19 2025 00:51:00 | Weltman, Weinberg & Reis Co., 170 S. Independence Mall West, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14568931 | *+ | Kevin P. Griffey, 1474 Cherry Lane, Pottstown, PA 19464-5031 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Kevin P. Griffey spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 73 − 71

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Kevin P. Griffey<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20−14740−djb<br><br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 18, 2025

For The Court

Mohung Wong
Clerk of Court