## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin P. Griffey<br>**Debtor(s)** | **BK NO. 20-14740 MDC** |
| | **Chapter 13** |
| **PENNYMAC LOAN SERVICES, LLC**<br>**Movant** | **Related to Claim No. 21** |
| **vs.** | |
| **Kevin P. Griffey**<br>**Debtor(s)** | |
| **Kenneth E. West Esq.,**<br>**Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 17, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Kevin P. Griffey
1474 Cherry Lane
Pottstown, PA 19464

<u>Attorney for Debtor(s)</u>
David B. Spitofsky, Esq.
516 Swede Street (VIA ECF)
Norristown, PA 19401

<u>Trustee</u>
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>November 17, 2021</u>

**/s/Rebecca A. Solarz Esquire**
Rebecca A. Solarz Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com